UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANGELA KITTRELL AND CALEB KITTRELL INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF THEIR DECEASED HUSBAND/FATHER BRENT KITTRELL | CIVIL ACTION NO: _____ |
| | JUDGE: _____ |
| VERSUS | |
| SHELL OFFSHORE, INC. | MAGISTRATE: _____ |

**COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, comes plaintiffs, **ANGELA KITTRELL, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF HER DECEASED HUSBAND, BRENT KITTRELL**, and **CALEB KITTRELL, INDIVIDUALLY AND ON BEHALF OF HIS DECEASED FATHER, BRENT KITTRELL**, citizens of the United States of the full age of majority, domiciled and residing in the County of Wayne, State of Mississippi, and for their complaint in this civil action for damages against the defendant, respectfully represents to this Honorable Court as follows:

PARTIES, JURISDICTION & VENUE

I.

Jurisdiction of these claims before this Honorable Court is based upon the Outer Continental Shelf Lands Act, 43 U.S.C. §§ 1331 et seq.

II.

The venue for these claims is proper in accordance with Title 28 U.S.C. § 1391(b)(3).

III.

Made defendant herein is **SHELL OFFSHORE, INC.** (hereinafter, "**SHELL**")**,** upon information and belief, a Delaware corporation authorized to do and doing business in the State of Louisiana, including the territorial waters of Louisiana and the waters of the Gulf of Mexico, said defendant having its principal place of business located in the County of Harris, State of Texas and can be served with process through its registered agent CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816.

IV.

At all pertinent times, specifically including the date of the subject accident, September 22, 2021, decedent **BRENT KITTRELL**, was employed as an floorhand with Helmerich & Payne International Drilling Company, who was contracted to perform drilling operations aboard the Olympus N-88 floating production platform, said platform located in the Gulf of Mexico off the coast of Louisiana.

FACTUAL ALLEGATIONS

V.

At all pertinent times hereto, the vessel, Olympus N-88 floating platform was, upon information and belief, under the custody and control of, owned and/or operated by defendant, **SHELL.**

VI.

On September 22, 2021, decedent was seriously injured while performing his duties as a floorhand aboard the Olympus N-88 floating platform in the Gulf of Mexico near Block 807. More specifically, while he was on duty, decedent attempted to descend a stairway with a bucket of metal shavings. As the decedent descended the stairway, he lost his footing on a wet, slick grating

stair cover and stumbled down approximately six steps, causing petitioner to suffer serious injuries to various parts of his body, including but not limited to, a severe fracture to his left ankle resulting in the need for an invasive surgical procedure.

VII.

Petitioners aver that the incident sued upon herein was caused by the unreasonably dangerous condition encountered in the wet, slick grating stair cover, said condition created by **SHELL,** in failing to properly service and maintain the Olympus N-88 floating platform, specifically including the stairs in question. As owners and operators of this vessel, defendant herein is liable to petitioners for all damages resulting from the aforementioned accident.

VIII.

Petitioners were injured through the negligence and fault of defendant, **SHELL,** its masters, crew, agents, servants and/or employees and/or vessel and those for whom it was responsible at the time of the aforementioned incident, and by otherwise failing to provide decedent with a safe place to work, and by otherwise failing to do what defendant should have done and in failing to provide a safe platform. More specifically, the failure to maintain safe conditions upon the stairways of the Olympus N-88 floating platform and the failure to provide adequate non-slip surfaces on the floating platform, created an unreasonably dangerous condition to which defendant, **SHELL** is liable.

IX.

As a result of the injuries **BRENT KITRELL** sustained in the subject accident, he was left in a compromised state of health, including blood clotting, which eventually led to his death from the COVID-19 virus.

X.

As a result of the accident herein, petitioner is the surviving wife, **ANGELA KITTRELL**, of the decedent and is entitled to bring this action on behalf of the estate of her deceased husband pursuant to La. C.C. art. 2315.1 and 2315.2.

XI.

As a result of the accident herein, petitioner is the surviving child, **CALEB KITTRELL**, of the decedent and is entitled to bring this action on behalf of the estate of his deceased father pursuant to La. C.C. art. 2315.1 and 2315.2.

XII.

As a result of the death of **BRENT KITTRELL**, the petitioners have sustained the following survival damages pursuant to La. C.C. art. 2315.1:

    a.    Brent Kittrell's damages for immediate apprehension and fear of death;

    b.    Brent Kittrell's funeral expenses and medical bills;

    c.    Loss of income and financial opportunity, past, present, and future;

    d.    Loss of love and society;

    e.    Loss of enjoyment of life;

    f.    Mental anguish and grief;

    g.    Severe and debilitating pain and suffering;

    h.    Loss of earning capacity; and,

    i.    Any other damages allowable under the law including but not limited to Louisiana Civil Code Article 2315.1.

XIII.

As a result of the death of **BRENT KITTRELL**, the petitioners have sustained the following wrongful death damages pursuant to Louisiana Civil Code Article 2315.2:

a. Loss of love, affection and society before trial;

b. Loss of love, affection and society after trial;

c. Any medical, psychological, or social professional services rendered, related to her husband's death prior to trial as may be needed after trial;

d. Loss of enjoyment of life;

e. Mental anguish and grief;

f. Severe and debilitating physiological depression and mental anguish;

g. Deprivation of the companionship that she received from her husband;

h. Any and all other damages allowable under the law including but not limited to Louisiana Civil Code Article 2315.2.

XIV.

Plaintiffs hereby request a trial by jury on all issues so triable as expressly provided by Rule 38 of the Federal Rules of Civil Procedure.

**WHEREFORE**, petitioner, **ANGELA KITTRELL individually and on behalf of the estate of her deceased husband, BRENT KITTRELL** and **CALEB KITRRELL individually and on behalf of his deceased father, BRENT KITTRELL**, pray for judgment in their favor over and against defendants, **SHELL OFFSHORE, INC.,** for monetary damages, both general and special, in the full and true sum in amounts reasonable in the premises to be proven at the trial of this matter, in favor of **ANGELA KITTRELL individually and on behalf of the estate of her deceased husband, BRENT KITTRELL** and **CALEB KITRRELL individually and on**

**behalf of his deceased father, BRENT KITTRELL,** plus costs of these proceedings and legal interest from the date of judicial demand until paid, plus all equitable and just relief to which petitioner is entitled.

        Respectfully submitted:

        **SAUNDERS & CHABERT**

        */s/ Scotty E. Chabert, Jr.*
        HENRI M. SAUNDERS, LSBA NO. 25236
        SCOTTY E. CHABERT, JR., LSBA NO. 30434
        6525 Perkins Road
        Baton Rouge, LA 70808
        Telephone: (225) 771-8100
        Facsimile:  (225) 771-8101
        schabert@saunderschabert.com